# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 7837

Date Filed: 9/5/2007

**Plaintiff:**
DANIEL EISNER

vs.

**Defendant:**
WALLEYE TRADING ADVISORS, LLC

**For:**
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-4613

Received these papers to be served on WALLEYE TRADING ADVISORS, LLC, located at 294 Grove Lane East #280, Wayzata, Minnesota 55391.

I, Eugene Anderson, being duly sworn, depose and say that on the 6th day of September, 2007 at 10:38 am, I:

Served the above named Entity by delivering a true copy of the Summons In A Civil Action, Complaint and Civil Cover Sheet to Mark Tusler, Chief Financial Officer, as authorized to accept on behalf of the above named Entity.

Description of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 200, Hair: Dark, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 6th day of September, 2007 by the affiant who is personally known to me.

Eugene Anderson
Process Server

ROBERT O. ANDERSON
Notary Public
Minnesota
My Commission Expires Jan. 31, 2012

Our Job Serial Number: 2007003797
Ref: C/M#42771-023

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

TOTAL P.02