AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DANIEL EISNER, Plaintiff

V.

WALLEYE TRADING ADVISORS, LLC, Defendant.

**APPEARANCE**

Case Number: 07-CIV-7837

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

WALLEYE TRADING ADVISORS, LLC
294 GROVE LANE EAST #280
WAYZATA, MINNESOTA  55391

I certify that I am admitted to practice in this court.

9/24/07
Date

Signature

HARRY W. LIPMAN  (HL-4207)
Print Name                                      Bar Number

369 LEXINGTON AVENUE, 15TH FLOOR
Address

NEW YORK        NY            10017
City            State         Zip Code

(212) 661-3080              (212) 867-1914
Phone Number                Fax Number