UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

DANIEL EISNER,                                          :

        Plaintiff,                                   :
                                                  07-CIV-7837 (AKH)
  -against-                                           :
                                                  ECF CASE
                                                 :
WALLEYE TRADING ADVISORS, LLC,              <u>RULE 7.1 STATEMENT</u>

                                                 :
        Defendant.
                                                 :
---------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for defendant, Walleye Trading Advisors, LLC (a private, non-governmental corporate party) certifies that it has no parent entity and there is no public corporation that owns 10% or more of its stock.

Dated:  New York, New York
         September 24, 2007

                                                   ROTTENBERG LIPMAN RICH, P.C.

                                                   By:   <u>/s/ Harry W. Lipman</u>
                                                         Harry W. Lipman (HL-4207)

                                                 369 Lexington Avenue
                                               Fifteenth Floor
                                               New York, New York 10017
                                               (212) 661-3080

                                               Attorneys for defendant,
                                               Walleye Trading Advisors, LLC