# EXHIBIT 2



**WALLEYE**  294 Grove Lane East
Wayzata, MN 55391 USA

3 August, 2007

Dan Eisner
1 Tom's Point Lane, Apartment 2-4E
Port Washington, NY 11050

Dear Dan:

Per your letter dated July 19, 2007 the firm recognizes and accepts your resignation effective immediately. As suggested, your last day of service in your current capacity will be today, August 3, 2007.

In accepting your resignation, the firm expects you to strictly adhere to the terms of the Confidential Employment, Non-Competition, Non-Solicitation, and Non-Disclosure Agreement ("the Agreement") signed June 23, 2005. The complete document accompanies this letter. Section 13 articulates the terms regarding non-competition:

> Accordingly, so long as Employee is employed by Employer, and for a period of two (2) years after Employee's termination of employment (the "Noncompete Term") for any reason, whether voluntary or involuntary, Employee shall not, directly or indirectly, throughout the world, whether as a principal, agent, owner, employee, consultant, trustee, beneficiary, distributor, partner, co-venturer, officer, director, stockholder or in any other capacity, engage in, have an interest in or become associated with any entity, firm, business, activity or enterprise which is engaged in any business similar to or competitive with Employer; provided, however, that following the termination of Employee other than for "Cause" as provided in Paragraph 14, the provisions of this Paragraph shall only apply to Employee for as long as Employer continues to pay Employee his or her base salary (subject to all applicable withholding taxes) at Employee's last prevailing rate (excluding any bonuses, benefits or any other compensation) during the Noncompete Term.

Consistent with the Agreement, the firm shall continue to pay your base salary at its current prevailing rate to ensure compliance with these non-competition terms.

If you wish to accept employment elsewhere, submit an offer letter and complete job description from your potential employer for the firm's review. Please include contact information for your potential manager and address the letter to me. Upon receipt of such documentation, the firm will evaluate the business pursuits of the firm and the description of your role to evaluate your job's relative qualification in regards to its competitive nature.

We appreciate your service to Walleye and wish you the best of luck.

Sincerely,


Peter Goddard, CEO
Walleye Software, LLC
294 Grove Lane East, Suite 280
Wayzata, MN 55391