**GAMBIT TECHNOLOGIES**
708 THIRD AVE, 6TH FLOOR
NEW YORK, NY 10017
212 209-3830

RESUME OF: DANIEL EISNER
CONTACT:     KEVIN BOSTON

**LANGUAGES/LIBRARIES:** C/C++, Java, Perl, Python, Bash, PHP, SQL, Win32, DirectX, OpenGL, QT, KDE, Brew
**OS:** Linux (RHCE, Suse, Debian), Windows 95 - XP, SunOS/Solaris, Irix, BSD/OS
**MISC TECHNOLOGIES:** Linux kernel, BSD/OS kernel, security, IDS, threads, socket, TCP/IP

**EXPERIENCE:**

**Securities Industry Automation Corporation,** Brooklyn, NY                                April 2002 – April 2005
*Technical Specialist*
- Technical specialist for New Technologies research and development for the New York Stock Exchange. Part of a team responsible for pioneering proof-of-concept and demo innovative solutions and products to SIAC and the NYSE. Also responsible for leading the production support for most of these projects.
- Lead the design, build, and maintenance of custom, Linux-based "NextGen" operating system which powers 6000+ trader terminals.
    - Worked with internal customers to determine feature sets and schedules
    - Worked with IBM and internal customers to finalize motherboard and BIOS design, and custom drivers
    - Wrote and customized the Linux kernel and XFree86, file system, custom boot sequence, custom network profile, and configuration management system (C, C++, bash, TCL)
    - Developed parts of the Ethernet Bonding Driver in the Linux Kernel (C code)
    - Contributed to Grub bootloader, to enhance network support and add scripting ability (C code)
    - Developed customized functionality in order to meet uptime requirements, while balancing need of application developers
- Designed the current Network Security model for the New York Stock Exchange Trading Floor.
    - Wrote the currently-accepted security whitepaper for the NYSE trading floor
    - Focus was made on achieving real-world manageability, as well as effectiveness
    - Worked with external vendors and agencies to apply security policy to 3rd party software and systems
    - Worked with company-wide with developers, administrators, operators, and managers to implement the security policy throughout the environment
- Proposed the design of a custom handheld broker trading device, which was adopted and used by the NYSE.
    - Proposed business case to internal management of a build vs. buy solution, including cost-benefit analysis
    - Worked with IBM and internal committees to develop custom hardware based on the ARM processor, BIOS, and Operating System Profile (Windows CE and Linux)
    - Currently over 2000 units in production
- Oversaw full product lifecycle of a software distribution system capable of maintaining all installed application software and OS upgrades on all broker terminals.
    - Worked with internal customers to evaluate 3rd party tools, and found they didn't meet requirements
    - Lead requirements-gathering, product design, implementation, deployment, and maintenance
    - Web-services based product. Primary development languages were Perl and PHP
    - Databases powered by PostGresql and MySQL
- Developed parts of current trading floor contingency fail over procedures for the NYSE

**Aero-Vision Technologies,** Hauppauge, NY                                                          May 1999 – Nov 2001
*System Analyst*
- Built and maintained a 900+ machine Linux network with a custom distribution for desktop use.
- Design and deployment of custom Linux distribution for solid state routers.
    - This was essentially the equivalent of a Linksys router, but years before they were available
- Cluster Design and implementation for ISP customers.
- Development of in-house TCP/IP tools for network profiling and billing
    - Development of RFC-compliant FTP server and clients, which simulate file transfers to test network performance, for both Windows and Linux  (C++)
- Design, deployment and maintenance of carrier class wireless networks using 802.11a/b as well as infrared Laser technologies
- Security audits and analysis, including firewall design, intrusion detection systems, and incident response
    - Used snort, nessus, nettop, ethereal, and other tools for forensics and analysis.

**SUNY BUFFALO, Computer Science Department,** Buffalo, NY                          Sept 1998 – May 2001
*System Administrator*
- Built and administrated a 64-machine, 1200+ user Windows NT environment, with Solaris Samba servers.
- Taught classes in Linux System Administration, Network Security, Java, C++ and OpenGL

**ACHIEVEMENTS & PUBLICATIONS**
- Red Hat Certified Engineer
- Published in Byte Magazine
- Contributed to Linux Kernel, for work on networking code (bonding driver)
- Developed several cell phone games which were sold through Verizon and other carriers to over 100,000 users total
- Developer of "amorMD2," a GPL program with more than 40,000 users (http://www.2robots.com/amorMD2/)

**EDUCATION**
- State University of New York at Buffalo (1996 – 2001)
  M.S and B.S in Computer Science

**REFERENCES: Available Upon Request**