Hedge Fund 100     Alpha Mail     Send an Invite     Subsc





Alpha magazine

- **Hedge Fund 100**
    Rankings
- **Methodology**
- **Alpha Mail**
- **Alpha Home**
- **Subscribe to Alpha**

- **Overview**
    Hedge Fund 100 Overview

## Hedge Fund 100 Ranking - Firms

Below, *Alpha* unveils the 100 largest hedge fund firms in the world, along with each firm's rank, location and assets under management as of December 31, 2006.

Click on a firm name to see its subsidiary/fund-level information. To see more of the list, click on the "Next" and "Previous" buttons at the bottom of your screen.

| 2007 Rank | 2006 Rank | Firm Name | Location | Firm Capital ($ millions) | Return net of fees (%) |
|---|---|---|---|---|---|
| 1 | 24[1] | JPMorgan Asset Mgmt | New York, NY | 33,087 | |
| 2 | 1 | Goldman Sachs Asset Mgmt | New York, NY | 32,531 | |
| 3 | 2 | Bridgewater Associates | Westport, CT | 30,210 | |
| 4 | 3 | D.E. Shaw Group | New York, NY | 27,300 | |
| 5 | 4 | Farallon Capital Mgmt | San Francisco, CA | 26,200 | |
| 6 | 26 | Renaissance Technologies Corp. | East Setauket, NY | 26,000 | |
| 7 | 7 | Och-Ziff Capital Mgmt Group | New York, NY | 21,000 | |
| 8 | 6 | Barclays Global Investors | London, U.K. | 18,953 | |
| 9 | 8 | Man Investments | London, U.K. | 18,800 | |
| 10 | 5 | ESL Investments | Greenwich, CT | 17,500* | 24.5* |



| Page 1 of 10 | Next

Notes: Only the five biggest funds managed by each firm are shown in the table. Italics indicate that a composite is shown or that multiple funds have been combined. Assets are as of December 31, 2006, and returns are for the 12 months ended December 31, 2006, unless otherwise indicated.

\* Alpha estimate.

1 Rank in 2006 did not reflect JPMorgan Chase & Co.'s total assets; single-manager multistrategy funds were excluded.

Alpha

Oct-23-2007 02:12pm From-The JML Group Ltd                732180933                T-392  P.003  F-770
Case 1:07-cv-07837-AKH   Document 15-3   Filed 10/23/2007   Page 2 of 15

HF100 - Ranking 1                                                    Page 2 of 2

© Copyright 2007 *Institutional Investor's Alpha*. All rights reserved. All contents of this Web site are the exclusive property of Institutional Investor, Inc., and *Institutional Investor's Alpha*.



Hedge Fund 100    Alpha Mail    Send an Invite    Subsc



Alpha magazine

- **Hedge Fund 100**
  Rankings
- **Methodology**
- **Alpha Mall**
- **Alpha Home**
- **Subscribe to Alpha**

- **Overview**
  Hedge Fund 100 Overview

### Hedge Fund 100 Ranking - Firms

Below, *Alpha* unveils the 100 largest hedge fund firms in the world, along with each firm's rank, location and assets under management as of December 31, 2006.

Click on a firm name to see its subsidiary/fund-level information. To see more of the list, click on the "Next" and "Previous" buttons at the bottom of your screen.

| 2007 Rank | 2006 Rank | Firm Name | Location | Firm Capital ($ millions) | Return net of fees (%) |
|---|---|---|---|---|---|
| 11 | 14 | GLG Partners | London, U.K. | 15,833 | 20* |
| 12 | 9 | Tudor Investment Corp. | Greenwich, CT | 14,850 | |
| 13 | 45 | Citigroup Alternative Investments | New York, NY | 14,081 | |
| 14 | 33 | Lansdowne Partners | London, U.K. | 14,000[2] | |
| 15 | 12 | Campbell & Co. | Towson, MD | 13,600 | |
| 16 | 21 | Atticus Capital | New York, NY | 13,500 | |
| 16 | 10 | Caxton Associates | New York, NY | 13,500 | |
| 18 | 11 | Citadel Investment Group | Chicago, IL | 13,400 | |
| 19 | 15 | Cerberus Capital Mgmt | New York, NY | 12,800[5] | |
| 20 | 18 | Moore Capital Mgmt | New York, NY | 12,500[2] | |





Previous | Page 2 of 10 | Next

Notes: Only the five biggest funds managed by each firm are shown in the table. Italics indicate that a composite is shown or that multiple funds have been combined. Assets are as of December 31, 2006, and returns are for the 12 months ended December 31, 2006, unless otherwise indicated.

\* Alpha estimate.

2 As of January 1, 2007.

5 Excludes $10.6 billion invested in private equity format

Oct-23-2007 02:13pm From-786 ML Group Ltd 8732180938 T-362 P.005/016 F-770
Case 1:07-cv-07783-ML-AKH Document 15-3 Filed 10/23/2007 Page 4 of 15

HF100 - Ranking 2

Page 2 of 2

funds; does not include $650 million in equity capital at Ableco, a corporation doing loan originations.

© Copyright 2007 *Institutional Investor's Alpha*. All rights reserved. All contents of this Web site are the exclusive property of Institutional Investor, Inc., and *Institutional Investor's Alpha*.

Hedge Fund 100      Alpha Mail      Send an Invite      Subsc





Alpha magazine

- Hedge Fund 100
  Rankings
- Methodology
- Alpha Mail
- Alpha Home
- Subscribe to Alpha

---

- Overview
  Hedge Fund 100 Overview

## Hedge Fund 100 Ranking - Firms

Below, *Alpha* unveils the 100 largest hedge fund firms in the world, along with each firm's rank, location and assets under management as of December 31, 2006.

Click on a firm name to see its subsidiary/fund-level information. To see more of the list, click on the "Next" and "Previous" buttons at the bottom of your screen.

| 2007 Rank | 2006 Rank | Firm Name | Location | Firm Capital ($ millions) | Return net of fees (%) |
|---|---|---|---|---|---|
| 21 | 13 | Perry Capital | New York, NY | 12,342 | |
| 22 | 22 | Brevan Howard Asset Mgmt | London, U.K. | 12,079 | |
| 23 | 19 | Angelo, Gordon & Co. | New York, NY | 12,000 | |
| 24 | 25 | HBK Capital Mgmt | Dallas, TX | 11,880 | |
| 25 | 20 | Soros Fund Mgmt | New York, NY | 11,600 | |
| 26 | 42 | BlueCrest Capital Mgmt | London, U.K. | 11,200 | |
| 27 | 34 | Sloane Robinson | London, U.K. | 11,100 | |
| 28 | 27 | SAC Capital Advisors | Stamford, CT | 11,000 | 34 |
| 29 | 23 | HSBC | London, U.K. | 10,946 | |
| 30 | 46 | Marshall Wace | London, U.K. | 10,900[6] | |



Previous | Page 3 of 10 | Next

Notes: Only the five biggest funds managed by each firm are shown in the table. Italics indicate that a composite is shown or that multiple funds have been combined. Assets are as of December 31, 2006, and returns are for the 12 months ended December 31, 2006, unless otherwise indicated.

6 Converted from euros at December 31, 2006, rate.

© Copyright 2007 *Institutional Investor's Alpha*. All rights reserved. All contents of this Web site are the exclusive property of Institutional Investor, Inc., and *Institutional Investor's Alpha*.

Oct-23-2007 02:13pm From-The JML Group Case 1:07-cv-07837-AKH Document 15-3 Filed 10/23/2007 T-132 P.007/016 F-770 Page 6 of 15

HF100 - Ranking 4 Page 1 of 1



Hedge Fund 100     Alpha Mail     Send an Invite     Subsc



Alpha magazine

> **Hedge Fund 100**
  Rankings
> Methodology
> Alpha Mail
> Alpha Home
> Subscribe to Alpha

> **Overview**
  Hedge Fund 100 Overview

### Hedge Fund 100 Ranking - Firms

Below, *Alpha* unveils the 100 largest hedge fund firms in the world, along with each firm's rank, location and assets under management as of December 31, 2006.

Click on a firm name to see its subsidiary/fund-level information. To see more of the list, click on the "Next" and "Previous" buttons at the bottom of your screen.

| 2007 Rank | 2006 Rank | Firm Name | Location | Firm Capital ($ millions) | Return net of fees (%) |
|---|---|---|---|---|---|
| 31 | 37 | Stark Investments | St. Francis, WI | 10,827 | |
| 32 | 82 | Avenue Capital Group | New York, NY | 10,600[7] | |
| 33 | 36 | Fortress Investment Group | New York, NY | 10,500 | |
| 34 | 30 | Canyon Capital Advisors | Beverly Hills, CA | 10,220 | |
| 35 | 61 | Bain Capital | Boston, MA | 10,100 | |
| 36 | 31 | Adage Capital Mgmt | Boston, MA | 10,000* | |
| 36 | 35 | Highfields Capital Mgmt | Boston, MA | 10,000 | 24.5* |
| 36 | 27 | Wellington Capital Mgmt Co. | Boston, MA | 10,000* | |
| 39 | 46 | Gartmore Investment | London, U.K. | 9,700 | |
| 40 | 16 | Maverick Capital | New York, NY | 9,600* | |



Previous | Page 4 of 10 | Next

Notes: Only the five biggest funds managed by each firm are shown in the table. Italics indicate that a composite is shown or that multiple funds have been combined. Assets are as of December 31, 2006, and returns are for the 12 months ended December 31, 2006, unless otherwise indicated.

\* Alpha estimate.

7 Excludes $2 billion in collateralized loan obligations.

© Copyright 2007 *Institutional Investor's Alpha*. All rights reserved. All contents of this Web site are the exclusive property of Institutional Investor, Inc., and *Institutional Investor's Alpha*.



Hedge Fund 100   Alpha Mail   Send an Invite   Subsc



Alpha magazine

- **Hedge Fund 100** Rankings
- Methodology
- Alpha Mail
- Alpha Home
- Subscribe to Alpha

- Overview
  Hedge Fund 100 Overview

### Hedge Fund 100 Ranking - Firms

Below, *Alpha* unveils the 100 largest hedge fund firms in the world, along with each firm's rank, location and assets under management as of December 31, 2006.

Click on a firm name to see its subsidiary/fund-level information. To see more of the list, click on the "Next" and "Previous" buttons at the bottom of your screen.

| 2007 Rank | 2006 Rank | Firm Name | Location | Firm Capital ($ millions) | Return net of fees (%) |
|---|---|---|---|---|---|
| 41 | 44 | Davidson Kempner Capital Mgmt | New York, NY | 9,500* | |
| 41 | 46 | The Children's Investment Fund Mgmt U.K. | London, U.K. | 9,500* | |
| 43 | 43 | Cheyne Capital Mgmt (U.K.)8 | London, U.K. | 9,203 | |
| 44 | — | BlueBay Asset Mgmt | London, U.K. | 9,000* | |
| 45 | 32 | AQR Capital Mgmt | Greenwich, CT | 8,900* | |
| 46 | — | Duquesne Capital Mgmt | Pittsburgh, PA | 8,700* | |
| 47 | 16 | Lone Pine Capital | Greenwich, CT | 8,630 | |
| 48 | 40 | York Capital Mgmt | New York, NY | 8,600 | |
| 49 | 57 | Millennium Partners | New York, NY | 8,400 | |
| 50 | — | FX Concepts | New York, NY | 8,141 | |





Previous | Page 5 of 10 | Next

Notes: Only the five biggest funds managed by each firm are shown in the table. Italics indicate that a composite is shown or that multiple funds have been combined. Assets are as of December 31, 2006, and returns are for the 12 months ended December 31, 2006, unless otherwise indicated.

\* Alpha estimate.

8 Previously Cheyne Capital Management Ltd.

© Copyright 2007 *Institutional Investor's Alpha*. All rights reserved. All contents of this Web site are the exclusive property of Institutional Investor, Inc., and *Institutional Investor's Alpha*.



Hedge Fund 100    Alpha Mail    Send an Invite    Subsc



Alpha magazine

- **Hedge Fund 100**
  Rankings
- **Methodology**
- **Alpha Mail**
- **Alpha Home**
- **Subscribe to Alpha**

- **Overview**
  Hedge Fund 100 Overview

### Hedge Fund 100 Ranking - Firms

Below, *Alpha* unveils the 100 largest hedge fund firms in the world, along with each firm's rank, location and assets under management as of December 31, 2006.

Click on a firm name to see its subsidiary/fund-level information. To see more of the list, click on the "Next" and "Previous" buttons at the bottom of your screen.

| 2007 Rank | 2006 Rank | Firm Name | Location | Firm Capital ($ millions) | Return net of fees (%) |
|---|---|---|---|---|---|
| 51 | 49 | GMO | Boston, MA | 8,092 | |
| 52 | 38 | Cantillon Capital Mgmt | New York, NY | 8,043 | |
| 53 | 58 | Morgan Stanley Investment Mgmt[9] | New York, NY | 7,707 | |
| 54 | 84 | Black River Asset Mgmt | Minnetonka, MN | 7,600 | |
| 55 | -- | Winton Capital Mgmt | London, U.K. | 7,410 | |
| 56 | 50 | King Street Capital Mgmt | New York, NY | 7,400 | |
| 57 | 51 | Elliott Mgmt Corp. | New York, NY | 7,230 | |
| 58 | 67 | AllianceBernstein | New York, NY | 7,200 | |
| 59 | -- | ADI Gestion | Paris, France | 7,197 | |
| 60 | 54 | TPG-Axon Capital Mgmt | New York, NY | 7,168 | |

**Previous | Page 6 of 10 | Next**

Notes: Only the five biggest funds managed by each firm are shown in the table. Italics indicate that a composite is shown or that multiple funds have been combined. Assets are as of December 31, 2006, and returns are for the 12 months ended December 31, 2006, unless otherwise indicated.

9   Rank in 2006 is for FrontPoint Partners; Morgan Stanley Investment Management acquired FrontPoint Partners in December 2006.

© Copyright 2007 *Institutional Investor's Alpha*. All rights reserved. All contents of this Web site are the exclusive property of Institutional Investor, Inc., and *Institutional Investor's Alpha*.

The Alpha Hedge Fund Compensation Report

Alpha's Compensation Report reveals how much they made last year, along with every other professional in the hedge fund Alpha-bet.

**Alpha**

Hedge Fund 100  Alpha Mail  Send an Invite  Subsc





Alpha magazine

- **Hedge Fund 100**
  Rankings
- Methodology
- Alpha Mail
- Alpha Home
- Subscribe to Alpha

---

- **Overview**
  Hedge Fund 100 Overview

### Hedge Fund 100 Ranking - Firms

Below, *Alpha* unveils the 100 largest hedge fund firms in the world, along with each firm's rank, location and assets under management as of December 31, 2006.

Click on a firm name to see its subsidiary/fund-level information. To see more of the list, click on the "Next" and "Previous" buttons at the bottom of your screen.

| 2007 Rank | 2006 Rank | Firm Name | Location | Firm Capital ($ millions) | Return net of fees (%) |
|---|---|---|---|---|---|
| 61 | 62 | Sparx Group Co. | Tokyo, Japan | 7,139 | |
| 62 | 100 | Numeric Investors | Cambridge, MA | 7,000* | |
| 62 | 78 | Tontine Associates | Greenwich, CT | 7,000 | |
| 64 | -- | Glenview Capital Mgmt | New York, NY | 6,760 | |
| 65 | 56 | Marathon Asset Mgmt | New York, NY | 6,500 | |
| 65 | 41 | Pequot Capital Mgmt | Westport, CT | 6,500 | |
| 65 | 64 | Silver Point Capital | Greenwich, CT | 6,500 | |
| 68 | -- | Convexity Capital Mgmt | Boston, MA | 6,400 | |
| 69 | 74 | Paulson & Co. | New York, NY | 6,379 | |
| 70 | 72 | Eton Park Capital Mgmt | New York, NY | 6,300 | 14.8 |





Alpha

Previous | Page 7 of 10 | Next

Notes: Only the five biggest funds managed by each firm are shown in the table. Italics indicate that a composite is shown or that multiple funds have been combined. Assets are as of December 31, 2006, and returns are for the 12 months ended December 31, 2006, unless otherwise indicated.

* Alpha estimate.

© Copyright 2007 *Institutional Investor's Alpha*. All rights reserved. All contents of this Web site are the exclusive property of Institutional Investor, Inc., and *Institutional Investor's Alpha*.

Hedge Fund 100  Alpha Mail  Send an Invite  Subsc





Alpha magazine

▸ **Hedge Fund 100**
  Rankings
▸ Methodology
▸ Alpha Mail
▸ Alpha Home
▸ Subscribe to Alpha

▸ **Overview**
  Hedge Fund 100 Overview

### Hedge Fund 100 Ranking - Firms

Below, *Alpha* unveils the 100 largest hedge fund firms in the world, along with each firm's rank, location and assets under management as of December 31, 2006.

Click on a firm name to see its subsidiary/fund-level information. To see more of the list, click on the "Next" and "Previous" buttons at the bottom of your screen.

| 2007 Rank | 2006 Rank | Firm Name | Location | Firm Capital ($ millions) | Return net of fees (%) |
|---|---|---|---|---|---|
| 71 | 68 | Alternative and Quantitative Investments (UBS) | Zurich, Switzerland | 6,156 | |
| 72 | 59 | Kingdon Capital Mgmt | New York, NY | 6,139 | |
| 73 | 64 | Steel Partners | New York, NY | 6,100 | |
| 74 | 52 | Baupost Group | Boston, MA | 6,000 | 21 |
| 74 | 76 | Galleon Group | New York, NY | 6,000 | |
| 74 | — | M&G Investments | London, U.K. | 6,000 | |
| 74 | 84 | QVT Financial | New York, NY | 6,000 | |
| 74 | 64 | Viking Global Investors | Greenwich, CT | 6,000 | |
| 79 | — | Polygon Investment Mgmt | London, U.K. | 5,880 | |
| 80 | 77 | Jana Partners | New York, NY | 5,852 | |



Previous | Page 8 of 10 | Next

Notes: Only the five biggest funds managed by each firm are shown in the table. Italics indicate that a composite is shown or that multiple funds have been combined. Assets are as of December 31, 2006, and returns are for the 12 months ended December 31, 2006, unless otherwise indicated.

© Copyright 2007 *Institutional Investor's Alpha*. All rights reserved. All contents of this Web site are the exclusive property of Institutional Investor, Inc., and *Institutional Investor's Alpha*.

Hedge Fund 100     Alpha Mail     Send an Invite     Subsc





Alpha magazine

- **Hedge Fund 100**
  Rankings
- **Methodology**
- **Alpha Mail**
- **Alpha Home**
- **Subscribe to Alpha**

- **Overview**
  Hedge Fund 100 Overview

### Hedge Fund 100 Ranking - Firms

Below, *Alpha* unveils the 100 largest hedge fund firms in the world, along with each firm's rank, location and assets under management as of December 31, 2006.

Click on a firm name to see its subsidiary/fund-level information. To see more of the list, click on the "Next" and "Previous" buttons at the bottom of your screen.

| 2007 Rank | 2006 Rank | Firm Name | Location | Firm Capital ($ millions) | Return net of fees (%) |
|---|---|---|---|---|---|
| 81 | 55 | Orbis Investment Mgmt | Hamilton, Bermuda | 5,826[11] | |
| 82 | 97 | GoldenTree Asset Mgmt | New York, NY | 5,786 | |
| 83 | 60 | Fairfield Greenwich Group[13] | New York, NY | 5,743 | |
| 84 | 53 | Satellite Asset Mgmt | New York, NY | 5,693 | |
| 85 | 83 | Dexia Asset Mgmt | Paris, France | 5,664 | |
| 86 | 69 | CQS (U.K.) | London, U.K. | 5,560 | |
| 87 | 91 | Ospraie Mgmt | New York, NY | 5,500* | |
| 87 | 84 | D.B. Zwirn & Co. | New York, NY | 5,500 | 17.65[12] |
| 89 | — | Spinnaker Capital | London, U.K. | 5,432 | |
| 90 | — | Highland Capital Mgmt | Dallas, TX | 5,405 | |



Previous | Page 9 of 10 | Next

Notes: Only the five biggest funds managed by each firm are shown in the table. Italics indicate that a composite is shown or that multiple funds have been combined. Assets are as of December 31, 2006, and returns are for the 12 months ended December 31, 2006, unless otherwise indicated.

* Alpha estimate.
11 Some Orbis Funds invest in underlying funds and are not included in firm capital, to avoid double-counting.
12 Return is for onshore fund.

13 As of 12/31/2006, Fairfield Greenwich Group managed an additional $2,391 billion of assets in sub-advised single manager and multi-strategy hedge funds.

© Copyright 2007 *Institutional Investor's Alpha*. All rights reserved. All contents of this Web site are the exclusive property of Institutional Investor, Inc., and *Institutional Investor's Alpha*.



Hedge Fund 100      Alpha Mail      Send an Invite      Subsc



Alpha magazine

- **Hedge Fund 100**
  Rankings
- **Methodology**
- **Alpha Mail**
- **Alpha Home**
- **Subscribe to Alpha**

- **Overview**
  Hedge Fund 100 Overview

### Hedge Fund 100 Ranking - Firms

Below, *Alpha* unveils the 100 largest hedge fund firms in the world, along with each firm's rank, location and assets under management as of December 31, 2006.

Click on a firm name to see its subsidiary/fund-level information. To see more of the list, click on the "Next" and "Previous" buttons at the bottom of your screen.

| 2007 Rank | 2006 Rank | Firm Name | Location | Firm Capital ($ millions) | Return net of fees (%) |
|---|---|---|---|---|---|
| 91 | 94 | Appaloosa Mgmt | Chatham, NJ | 5,400 | 25.9 |
| 92 | -- | Bear Stearns Asset Mgmt | New York, NY | 5,373 | |
| 93 | 75 | Omega Advisors | New York, NY | 5,200 | |
| 94 | -- | Harbert Mgmt Corp. | Birmingham, AL | 5,180 | |
| 95 | 72 | Ellington Mgmt Group | Old Greenwich, CT | 5,100[14] | 9.7 |
| 96 | 63 | Graham Capital Mgmt | Rowayton, CT | 5,000 | |
| 96 | -- | Taconic Capital Advisors | New York, NY | 5,000 | |
| 96 | 84 | Trafelet & Co. | New York, NY | 5,000* | |
| 99 | -- | RAB Capital | London, U.K. | 4,891 | |
| 100 | 80 | Sandell Asset Mgmt | New York, NY | 4,874 | |



Previous | Page 10 of 10 |

Notes: Only the five biggest funds managed by each firm are shown in the table. Italics indicate that a composite is shown or that multiple funds have been combined. Assets are as of December 31, 2006, and returns are for the 12 months ended December 31, 2006, unless otherwise indicated.

\* Alpha estimate.

14 As of December 31, 2006, total collateralized debt obligations under management were $23.1 billion and traditionally managed accounts (long-only) were $1.2 billion.

© Copyright 2007 *Institutional Investor's Alpha*. All rights reserved. All contents of this Web site are the exclusive property of Institutional Investor, Inc., and *Institutional Investor's Alpha*.