ROTTENBERG LIPMAN RICH, P.C.
369 Lexington Avenue, 16th Floor
New York, New York 10017
(212) 661-3080
Harry W. Lipman (HL 4207)
Thomas E. Chase (TC 8266)
Attorneys for Defendant, Walleye Trading Advisors, LLC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
DANIEL EISNER,

             Plaintiff,

    -against-

WALLEYE TRADING ADVISORS, LLC

             Defendant.
--------------------------------------------------------------- X

07 CIV 7837 (AKH)

NOTICE OF DEPOSITION

      PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure, defendant, by its counsel Rottenberg Lipman Rich, P.C., will take the deposition upon oral examination and of Daniel Eisner in the above-captioned action at the offices of Rottenberg Lipman Rich, P.C., 369 Lexington Avenue, Fifteenth Floor, New York, New York 10017 on November 30, 2007 at 9:30 a.m. before a notary public or some other officer authorized to administer oaths. The deposition shall be for one day or until completed and shall be recorded by written transcription. You are invited to attend and cross-examine.

Dated: New York, New York
       October 16, 2007

                                      ROTTENBERG LIPMAN RICH, P.C.

                                      By: _____
                                      Harry W. Lipman (HL-4207)
                                      Thomas Chase (TC-8266)
                              369 Lexington Avenue, Fifteenth Floor
                              New York, New York 10017
                              Attorneys for Defendant Walleye Trading
                              Advisors, LLC

-2-

To: MCDERMOTT WILL & EMORY
340 Madison Avenue
New York, NY
10173-1922
Attn: Terri L. Chase, Esq.
Attorneys for Plaintiff

ROTTENBERG LIPMAN RICH, P.C.
369 Lexington Avenue, 16th Floor
New York, New York 10017
(212) 661-3080
Harry W. Lipman (HL 4207)
Thomas E. Chase (TC 8266)
Attorneys for Defendant, Walleye Trading Advisors, LLC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
DANIEL EISNER,

              Plaintiff,

    -against-

WALLEYE TRADING ADVISORS, LLC

             Defendant.
------------------------------------------------------------------- X

07 CIV 7837 (AKH)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

        Andrew Rushford, being duly sworn, deposes and says that deponent is a disinterested party, is over 18 years of age, and resides in Nassau County, New York. That on the 16h day of October, 2007, deponent served the within NOTICE OF DEPOSITION by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York to the individuals listed below, addressed as follows:

        McDermott Will & Emory
        340 Madison Avenue
        New York, New York  10173-1922
        Attn:  Terri L. Chase, Esq.

                                                                   _____
                                                                   Andrew Rushford

Sworn to before me this
16th day of October, 2007

_____
Notary Public

CHARLES S. RICH
Notary Public, State of New York
No. 02RI6087673
Qualified in New York County
Commission Expires February 24, 2011