# ROTTENBERG LIPMAN RICH, P.C.
### 369 LEXINGTON AVENUE
### SIXTEENTH FLOOR
### NEW YORK, NEW YORK 10017
### TELEPHONE (212) 661-3080
### TELECOPIER (212) 867-1914

NEW JERSEY OFFICE
PARK 80 WEST, PLAZA ONE
SADDLE BROOK, NEW JERSEY 07663
TELEPHONE (201) 490-2022
TELECOPIER (201) 490-2040

WWW.RLRPCLAW.COM

HARRY W. LIPMAN
MEMBER
HLIPMAN@RLRPCLAW.COM

October 25, 2007

**BY TELECOPIER**

Hon. Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
(212) 805-0152



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/07

Re:   Eisner v. Walleye Trading Advisors, LLC; Case No. 07 CIV 7837

Dear Judge Hellerstein:

We are counsel for defendant, Walleye Trading Advisors, LLC ("Walleye Trading"), and write in response to the October 23, 2007 letter from plaintiff's counsel to the Court.

Plaintiff's counsel states, rather dramatically, that "[w]ith every day that passes, with Eisner refraining from working in the financial services industry, Eisner's career is being harmed, prompting the filing of the motion for preliminary injunction."

Plaintiff's counsel's statement is demonstrably false, on many levels and for many reasons, all of which are already set forth in detail in the papers that Walleye Trading timely served and filed on October 23, 2007 in opposition to plaintiff's pre-discovery motion for a preliminary injunction. By overnight courier we sent a courtesy copy to the Court as well, and we trust the Court received it.

Accordingly, we respectfully refer the Court to Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for a Preliminary Injunction, the Affidavits of Ori Kushnir and L. Michael Levinson, and the Declaration of the undersigned, all dated or sworn to October 23, 2007.

As to the specific relief that plaintiff requests by way of his counsel's letter, Walleye Trading is content to leave such matters where they belong, in the Court's discretion.

Respectfully,

Harry W. Lipman

HWL:dr
2063
cc: Terri Chase, Esq. (by telecopier)

*[Handwritten note from Judge:]* Both counsel are to cease writing letters to court except as permitted by the Federal Rules or Individual/Local Rules. 10-25-07 AKH