UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DANIEL EISNER, Plaintiff, | : | 07 Civ. 7837 |
| v. | : | **NOTICE OF APPEARANCE** |
| WALLEYE TRADING ADVISORS, LLC, Defendant. | : | |

**PLEASE TAKE NOTICE** that Terri L. Chase hereby appears as counsel for the plaintiff in the above-captioned action for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York
October 26, 2007

**McDERMOTT WILL & EMERY LLP**

By: [signature]
Terri L. Chase

340 Madison Avenue
New York, New York 10017
(212) 547-5400

*Attorneys for Plaintiff*