*Hollerstein, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL EISNER,

            Plaintiff,

-against-

WALLEYE TRADING ADVISORS, LLC,

            Defendant.

---

07-CIV-7837 (AKH)

STIPULATION OF DISMISSAL
WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties herein, that, pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereto dismiss this action with prejudice, with each party to bear its own costs.

Dated: January 3, 2008

| MCDERMOTT WILL & EMERY LLP | ROTTENBERG LIPMAN RICH, P.C. |
|---|---|
| By: _____ <br> Terri L. Chase (TC-9091) | By: _____ <br> Harry W. Lipman (HL-4207) |
| 340 Madison Avenue <br> New York, New York 10173 <br> Fax: (212) 547 5444 | 369 Lexington Avenue, 16th Floor <br> New York, New York 10017 <br> Fax: (212) 867-1914 |
| Attorneys for Plaintiff | Attorneys for Defendant |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

1/15/08

U.S.D.J.